No. 84–6818.   COOMBS *v.* McGARRY ET AL., *ante,* p. 835;

No: 84–6823.   WALKER *v.* GEORGIA, *ante,* p. 865;

No. 84–6832.   RUCKER *v.* CITY OF ST. LOUIS ET AL., *ante,* p. 804;

No. 84–6851.   BETKA *v.* CITY OF WEST LINN ET AL., *ante,* p. 836;

No. 84–6861.   MATHIS *v.* KEMP, WARDEN, *ante,* p. 865;

No. 84–6864.   BUSBY *v.* LOUISIANA, *ante,* p. 873;

No. 84–6865. . RUCKER *v.* CITY OF ST. LOUIS ET AL., *ante,* p. 805;

No. 84–6866.   BREEZE *v.* UNITED STATES, *ante,* p. 875;

No. 84–6922.   CAWLEY *v.* BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN ET AL., *ante,* p. 839;

No. 84–6957.   AUGUSTYNIAK *v.* KOCH, MAYOR OF THE CITY OF NEW YORK, ET AL., *ante,* p. 840;

No. 84–6958.   ROBINSON *v.* COOKE, WARDEN, ET AL., *ante,* p. 840;

No. 84–6970.   DAMON *v.* SOUTH CAROLINA, *ante,* p. 865;

No. 84–6990.   CARRION *v.* NEW YORK CITY HEALTH AND HOSPITALS CORP. ET AL., *ante,* p. 842;

No. 84–7002.   DEL VECCHIO *v.* ILLINOIS, *ante,* p. 883;

No. 85–66.   FLORIDA *v.* ARANGO, *ante,* p. 806;

No. 85–218.   LUXURY BLANKETS, INC., ET AL. *v.* UNITED STATES, *ante,* p. 849;

No. 85–258.   MILLER *v.* INTERNATIONAL TELEPHONE & TELEGRAPH CORP., *ante,* p. 851;

No. 85–5010.   MIHAL ET AL. *v.* SARGIS ET AL., *ante,* p. 803;

No. 85–5050.   VAN HORN *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 854;

No. 85–5067.   BOVEE *v.* UNITED STATES, *ante,* p. 854;

No. 85–5174.   PHELPS *v.* SOVRAN BANK, *ante,* p. 858;

No. 85–5218.   BETKA *v.* SMITH ET AL., *ante,* p. 860;

No. 85–5308.   THOMAS *v.* McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 935; and

No. 85–5346.   IN RE KRAHN, *ante,* p. 899.   Petitions for rehearing denied.

## DECEMBER 6, 1985

No. A–440.   GUZMON *v.* TEXAS.   Application for stay of execution of sentence of death scheduled for Monday, December 9,